# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Tericka Grady                  Docket No. 7:13-CR-54-1F

### Petition for Action on Probation

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tericka Grady, who, upon an earlier plea of guilty to Use of a Counterfeit Access Device to Defraud in violation of 18 U.S.C. §§ 1029(a)(1) and 1029(c)(1)(A)(i), was sentenced by the Honorable Gina M. Groh, U.S. District Judge for the Northern District of West Virginia, on March 4, 2013, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay any financial penalty that is imposed by this judgment. It shall be a condition of probation that the defendant pay restitution in accordance with the Court ordered schedule of payments.

2. The defendant shall immediately begin making restitution payments of $100 a month, due by the fifth of each month.

3. The defendant shall provide the Probation Officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment schedule.

5. The defendant shall participate in a program of testing, counseling and treatment for the use of alcohol or drugs if so ordered by the Probation Officer.

6. The defendant shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinolds or other designer stimulants.

7. The defendant shall not frequent places that sell or distribute synthetic cannabinolds or other designer stimulants.

8. Unless excused for legitimate reasons, if not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be directed to perform up to 20 hours of community service per week until employed, as approved or directed by the Probation Officer.

Tericka Grady
Docket No. 7:13-CR-54-1F
Petition For Action
Page 2

Jurisdiction was transferred to the Eastern District of North Carolina effective May 1, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is in compliance with the conditions of probation. However, Ms. Grady recently suffered the unexpected death of her mother. The defendant reports she is having a difficult time dealing with the loss. She has requested assistance in obtaining mental health treatment. In order to support the defendant's continued compliance, it is recommended the judgment be modified by the addition of a mental health treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: March 4, 2014

**ORDER OF COURT**

Considered and ordered this 4th day of March, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge